UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____Lisa V. Hamlett_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_____Willingboro Public Schools_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED

SEP 22 2021

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**COMPLAINT**

Jury Trial: [ ] Yes [ ] No

(check one)

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name: Lisa Hamlett
Street Address: 29 Newtown Lane
County, City: Burlington, Willingboro
State & Zip Code: New Jersey  08046
Telephone Number: 856 266 2664

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Willingboro Public Schools
Street Address: 440 Beverly-Rancocas Road
County, City: Burlington, Willingboro
State & Zip Code: New Jersey 08046

Defendant No. 2
Name:
Street Address:
County, City:
State & Zip Code:

Defendant No. 3
Name:
Street Address:
County, City:
State & Zip Code:

Defendant No. 4
Name:
Street Address:
County, City:
State & Zip Code:

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
   [ ] Federal Questions
   [ ] Diversity of Citizenship
   [X] U.S. Government Plaintiff
   [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

- 2 -

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Willingboro, New Jersey__

B. What date and approximate time did the events giving rise to your claim(s) occur? __A board meeting of the defendants occurred before October 26, 2020. The issue of continuing my employment was discussed in an open format with members of the community, without prior notification to me.__

C. Facts: __See Attached__

[What happened to you?]

[Who did what?]

[Was anyone else involved?]

[Who else saw what happened?]

ATTACHMENT

Lisa Hamlett
Willingboro, NJ 08046
September 21, 2021

III. Statement of Claim

C. Facts

In January 2019, I was approved for unpaid medical leave for the rest of the school year. In August 2019, I needed emergency surgery. I contacted the Human Resources department from a physical rehabilitation facility to explain my circumstance. I would be unable to start employment for the new school year 2019-2020. The HR representative was very helpful & completed the appropriate paperwork for me. My medical leave would be extended.

I attempted to give a courtesy call to the principal of my assigned school and the union representative. I was verbally accosted by one and dismissed by the other.

Despite the negativism of the aforementioned, medical information was continually transferred to the HR department from physician's offices.

During the pandemic, the Human Resources department was notified of future medical procedure(s). Afterwards a two component treatment plan was prescribed. The prescribed treatment specialists would help to evaluate my condition before returning to work as stipulated by the Willingboro Board of Education. But the State of New Jersey failed to provide one of the two components for prescribed treatment, which a grievance was filed for documentation.

September 2020, I applied for an extension for my unpaid medical leave and submitted a note from the primary care physician with a return to work date of January 4th, 2021. The component/specialist was finally provided by the State of New Jersey in December 2020. The first appointment for evaluation for treatment was January 11, 2021. I attempted to contact HR in December 2020 via email of my dilemma again because my phone calls were not being returned by Willingboro Public Schools Human Resources department. I did not have success trying to contact a HR representative with a valid email address.

After meeting with the specialist, it was determined that treatment would take at least a year with no guarantee of results. I decided to resign from my position at Willingboro Public Schools. I contacted the HR department to inquire about resignation procedures. I was, only then, verbally informed of my termination which originally occurred in October 2020, the 26th.

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _I am extremely unwell. I deal with several physical and mental challenges which prompted the leave of absence._

_The negative response received from the Human Resources department has added another stressful component into an already taxing situation._

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_See Attached_

ATTACHMENT

Lisa Hamlett
Willingboro, NJ 08046
September 21, 2021

V. Relief

I was not treated fairly by Willingboro Public Schools on the departure from my position. I was not asked to provide any documentation By their Human Resources department to counteract their claim of job abandonment. The HR department claimed they tried to contact me via phone but the lines were inactive. Cellular and land lines are both active. The companies involved can concur that the services on these lines have never been interrupted or suspended.

I would like for the court to amend my employment status at Willingboro Public Schools from job abandonment to retirement in good standing. I would also like for my employment status to be changed at the State level, retirement in good standing as well so I may have access to my pension and or other benefits offered by the State of New Jersey. I would like to be reimbursed for the $402.00 filing fee. Please absolve all court costs and or fees pertaining to this matter. Unemployment due to physical impairment is the basis for compensation.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of September, 20 21.

Signature of Plaintiff _____

Mailing Address   29 Newtown Lane
                  Willingboro
                  New Jersey  08046

Telephone Number   856 266 2664

Fax Number *(if you have one)* _____

E-mail Address   lhamlett0729@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____